# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OLLIE DAWKINS,**

      **Plaintiff,**

v.                                       **Case No: 6:16-cv-567-Orl-28GJK**

**NAVIENT SOLUTIONS, INC.,**

      **Defendant.**

## ORDER

In light of the Stipulation To Dismiss (Doc. 13), the Clerk of the Court is directed to close this case.

**DONE and ORDERED** in Orlando, Florida, on May 18, 2016.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record